UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Twyman, | Case No. 21-cv-1793 (WMW/ECW) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| B. Birkholz and Michael Carvajal, | |
| Respondents. | |

This matter is before the Court on the September 1, 2021 Report and Recommendation (R&R) of the United States Magistrate Judge Elizabeth Cowan Wright. (Dkt. 7.) The R&R recommends dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. Objections to the R&R have not been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the September 1, 2021 R&R, (Dkt. 7), is **ADOPTED** and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 28, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge